UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SYLVIA JONES, on behalf of herself and
other individuals similarly situated,

CIVIL ACTION

VERSUS

NO: 20-02505

ADMINISTRATORS OF THE TULANE
EDUCATIONAL FUND, et al.

SECTION: T (5)

## **ORDER**

Having considered the Joint Motion to Enter Order Consolidating Cases and Setting
Motion to Dismiss Briefing Schedule, filed by Sylvia Jones ("Plaintiff") and Administrators of the
Tulane Educational Fund D/B/A The Tulane University of Louisiana A/K/A Tulane University
("Defendant" or "Tulane") (R. Doc. 48), it appears that the subject matter of the above-captioned
case ("*Jones* Action") is related to that of *Ellis v. Tulane University*, Civil Action No. 2:20-cv-
02518 ("*Ellis* Action"), pending before this Court. Accordingly,

**IT IS ORDERED** that Civil Action No. 2:20-cv-02518, the *Ellis* Action, is consolidated
with the above-captioned matter, No. 2:20-cv-02505 the *Jones* Action. All pleadings hereafter
filed in this consolidated proceeding shall bear the caption of the lead consolidated case together
with the docket number of all cases within the consolidation to which the document applies or the
notation "ALL CASES" if it applies to all cases.

1

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel jointly to designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

**IT IS FURTHER ORDERED** as follows:

1. The plaintiffs in the *Jones* Action and *Ellis* Action shall file an amended consolidated complaint, or otherwise designate an operative pleading, no later than December 21, 2020.

2. Defendant Tulane shall answer, move to dismiss, or otherwise respond to the amended consolidated complaint, or designated operative pleading, no later than January 21, 2021.

3. Plaintiffs of the consolidated action shall file a response in opposition to any motion to dismiss no later than February 19, 2021.

4. Tulane shall have leave to file a reply brief in support of any motion to dismiss no

later than March 9, 2021.

New Orleans, Louisiana, this 11th day of December 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

Please provide a copy of this order
to all counsel of record on this date.